## THIRD DEPARTMENT, MARCH, 1971

### (March 3, 1971)

TIMOTHY BAYLY, Also Known as TED BAYLY, Respondent, v. U. L. JOINT VENTURE, Appellant.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

### (March, 4, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD CHARLES O'DELL, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.